B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re _____**Mark E Kane   Christina M Kane**_____   Case No. _____
Debtors                                                                                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**Chrysler Financial** | **Describe Property Securing Debt:**<br><br>**2008 Jeep Commander, Kelley Blue Book value** |

Property will be *(check one)*:
  ☐  Surrendered    ☑  Retained

If retaining the property, I intend to *(check at least one)*:
   ☐  Redeem the property
   ☑  Reaffirm the debt
   ☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
   ☐  Claimed as exempt      ☑  Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br><br>**EMC Mortgage** | **Describe Property Securing Debt:**<br><br>**1100 Lapidum Road, Havre de Grace, MD** |

Property will be *(check one)*:
   ☐  Surrendered    ☑  Retained

If retaining the property, I intend to *(check at least one)*:
   ☐  Redeem the property
   ☑  Reaffirm the debt
   ☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
   ☐  Claimed as exempt      ☑  Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**EMC Mortgage** | **Describe Property Securing Debt:**<br>**1100 Lapidum Road, Havre de Grace, MD** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt             ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Harley Davidson Credit Corp.** | **Describe Property Securing Debt:**<br>**2008 Harley-Davidson FXDF Dyna Fat Bob, Kelley Blue Book value** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt             ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wilmington Trust Co.** | **Describe Property Securing Debt:**<br>**2007 Dodge Caliber, Kelley Blue Book value** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                                               Page 3

| Property is *(check one)*: | |
|---|---|
| ☐ Claimed as exempt | ☑ Not claimed as exempt |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ YES       ☐ NO |

___0___   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **6/23/2010**

**s/ Mark E Kane**
**Mark E Kane**
Signature of Debtor

**s/ Christina M Kane**
**Christina M Kane**
Signature of Joint Debtor (if any)